**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-128C
(Filed February 13, 2015)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALEXIS STEWART,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

FEB 13 2015

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On February 4, 2015, a letter was received from Alexis Stewart, addressed to the Chief Judge of our court. The letter, dated January 29, 2015, concerned a case that Mr. Stewart had brought and was pending in the United States District Court for the Eastern District of New York (E.D.N.Y.). The Clerk's office treated Mr. Stewart's letter as a complaint and the above-captioned case was opened in our court on February 4, 2015. A close review of the letter suggests that Mr. Stewart did not intend to initiate a case in our court, but rather was simply inquiring into the status of his E.D.N.Y. case, as he does not state a claim within our jurisdiction and instead seeks the resolution of a pending dispositive motion.

Chambers contacted Mr. Stewart and he indicated that he merely wanted more information about the status of his case in the E.D.N.Y. Mister Stewart further conveyed that he did not intend to bring a case in our court and agreed that the case should be dismissed. Accordingly, this case is **DISMISSED** without prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

                                              VICTOR J. WOLSKI
                                              Judge